# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| AUTUMN LANN, | Case No. 2:13-cv-02585-JAM-DAD |
|---|---|
| Plaintiff, | Assigned to:<br>Honorable Judge John A. Mendez<br>Ctrm.: 6 |
| vs. | |
| WELLS FARGO BANK, N.A., and DOES 1-10, inclusive | **ORDER RE JOINT STIPULATION FOR ARBITRATION AND STAY OF ACTION** |
| Defendants. | Action Filed:  December 13, 2013<br>Trial Date:     None Set |

07685.0000/3123391.1

ORDER RE JOINT STIPULATION FOR ARBITRATION AND STAY OF FEDERAL ACTION

# ORDER

The Court, having read the Joint Stipulation for Arbitration and Stay of Action of Plaintiff Autumn Lann and Defendant Wells Fargo Bank, N.A., and,

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that:

1. The parties shall submit to binding nonjudicial arbitration;

2. The arbitration shall be conducted through either the American Arbitration Association or JAMS;

3. This action shall be STAYED for nine (9) months or until the arbitration has been completed, whichever occurs first.

4. A joint status conference statement shall be filed within 21 days of the completion of the arbitration.

DATED: 2/13/2014         /s/ John A. Mendez_____
                         Honorable John A. Mendez
                         UNITED STATES DISTRICT JUDGE