Tammy Hussin (Bar No. 155290)
HUSSIN LAW FIRM
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, STEPHEN YOUMANS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN LANN,<br><br>             Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:13-cv-02585 JAM DAD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br><br>Judge: Judge John A. Mendez |

PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff, Autumn Lann ("Plaintiff"), dismisses the above-mentioned matter with prejudice with each party bearing their own costs.

DATED: February 12, 2015                By: */s/ Tammy Hussin*
                                         Tammy Hussin, Esq.
                                         HUSSIN LAW FIRM
                                         Attorney for Plaintiff, Autumn Lann

Stipulation of Dismissal; (Proposed) Order      1      Case No. 2:13-cv-02585 JAM DAD

1
2  .
3
4  DATED: February 13, 2015          By: */s/David A. Berkley*
5                                    David A. Berkley, Esq.
                                     SEVERSON & WERSON
6                                    Attorneys for Defendant,
                                     WELLS FARGO BANK, N.A.
7
8  Signed by Plaintiff attorney, Tammy Hussin, with permission granted by Defendant
9  attorney, David A. Berkley
10
11                                  ORDER
12
       Based on the Stipulation of counsel, the case is dismissed with prejudice, each
13
   party to bear its own attorney fees and costs.
14
15 Date:  2/13/2015                   /s/ John A. Mendez
16                                    JOHN A. MENDEZ
                                      United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, the true and correct copy of the following document: **STIPULATION OF DISMISSAL; (PROPOSED) ORDER** was served electronically by the U.S. District Court Eastern District of California Electronic Document Filing System (ECF) and that the document is available on the ECF system, a true and correct copy of the foregoing was furnished via electronic filing to:

| | |
|---|---|
| Eric J. Troutman, Esq.<br>    ejt@severson.com<br>David A. Berkley, Esq.<br>    db@severson.com<br>SEVERSON & WERSON<br>A Professional Corporation<br>The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612 | Attorneys for Defendant Wells Fargo Bank, N.A. |

By: __/s/ Cine Johnson_____
     Cine Johnson